### 49018. MILLER v. THE STATE.

HALL, Presiding Judge.

1. Where a person is on trial under an indictment for involuntary manslaughter in the commission of an unlawful act, a correct charge on the law of involuntary manslaughter in the commission of a lawful act in an unlawful manner, even though not authorized by the evidence, is not harmful error where the defendant was convicted for the indicted offense. *Elder v. State,* 224 Ga. 704 (164 SE2d 118).

2. The evidence supports the verdict.

*Judgment affirmed. Deen and Stolz, JJ., concur.*

SUBMITTED FEBRUARY 11, 1974 — DECIDED MARCH 4, 1974 — REHEARING DENIED MARCH 21, 1974 —

*H. J. Thomas, Jr.*, for appellant.
*Eldridge W. Fleming, District Attorney, William F. Lee, Jr.*, for appellee.